# In the United States Court of Appeals for the Third Circuit

_____

Nos. 23-1953, 23-2241

NATIONAL LABOR RELATIONS BOARD,
*Petitioner/Cross-Respondent*

v.

STARBUCKS CORPORATION, d/b/a STARBUCKS COFFEE COMPANY,
*Cross-Petitioner/Respondent*

_____

**NOTICE OF WITHDRAWAL OF SARAH M. HARRIS AS COUNSEL**
_____

Please take notice that I, Sarah M. Harris, a partner at Williams & Connolly LLP, attorney of record for Starbucks Corporation, hereby withdraw my appearance as counsel in this matter because I will be leaving my employment at Williams & Connolly as of January 17, 2025. Starbucks will continue to be represented by other counsel of record.

Respectfully submitted,

/s/ *Sarah M. Harris*
SARAH M. HARRIS
WILLIAMS & CONNOLLY LLP
*680 Maine Avenue S.W.*
*Washington, DC 20024*
*(202) 434-5000*
*sharris@wc.com*

DATE: JANUARY 17, 2025

## CERTIFICATE OF SERVICE

I, Sarah M. Harris, counsel for Starbucks Corporation and a member of the Bar of this Court, certify that, on January 17, 2025, a copy of the attached Notice for Withdrawal of Counsel was filed with the Clerk and served on the parties through the Court's electronic filing system. I further certify that all parties required to be served have been served.

*/s/ Sarah M. Harris*
SARAH M. HARRIS